**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-10263-JCM** |
| | : | |
| **Mandy L. Post,** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | **RELATED TO DOCKET NO.: 16** |
| **Mandy L. Post,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Associated Credit Services,** | : | |
| **Autovest, LLC,** | : | |
| **Caine & Weiner,** | : | |
| **Capital One,** | : | |
| **Citibank,** | : | |
| **Citizens Bank, N.A.,** | : | |
| **Crawford County Tax Claim Bureau,** | : | |
| **Discovercard,** | : | |
| **Erie Federal Credit Union,** | : | |
| **Horizon Farm Credit, A,** | : | |
| **KML Law Group, P.C.,** | : | |
| **LVNV Funding LLC/Resurgent Capital** | : | |
| **Servi,** | : | |
| **Michael Andrews & Associates LLC,** | : | |
| **Midland Credit Management,** | : | |
| **MRS BPO, LLC,** | : | |
| **Penelec,** | : | |
| **PennyMac Loan Services, LLC,** | : | |
| **Progressive,** | : | |
| **Stellantis Financial Services,** | : | |
| **And Synchrony Bank,** | : | |
| | : | **FILED PURSUANT TO 11 USC § 362 (C) (3) (B)** |
| **AND** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order regarding Motion to Extend the Automatic Stay by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>June 3, 2026</u>

*By: /s/ Caitlyn A. Campbell____*
Caitlyn A. Campbell, HEAD PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158