**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mandy L. Post

             Debtor(s)

CHAPTER 13

BKY. NO. 26-10263 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

             Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
03 Jun 2026, 12:49:31, EDT

Matthew Fissel, Esq. (314567) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com