# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-10263-JCM** |
| | : | |
| **Mandy L. Post,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

**NONE**

**Next Payment Advice Expected (post-filing):**

**NA**

C.C.

# POST, MANDY

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :        CASE NO. 26-10263-JCM
                                :
   Mandy L. Post,               :        CHAPTER 13
                    Debtor      :
                                :

## VERIFICATION REGARDING PROOF OF INCOME

I, Mandy L. Post, hereby state as follows:

1.) I receive Social Security Disability Benefits in the amount of $1,155.00 per month.
2.) I was required to file 2024 – 2025 tax returns; therefore, I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

     I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>May 27, 2026</u>                    */s/ Mandy L. Post*
                                             Debtor

C.C.

# POST, MANDY