

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

26-10263

DEBTOR(S):

MANDY L POST

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 4 IN THE AMOUNT OF $567.23

CREDITOR'S SIGNATURE:

*/s/ Brandie McCann*

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

6/29/2026