**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 26–10263–JCM**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Mandy L. Post
PO Box 277
Harmonsburg, PA 16422

Social Security No.:
xxx–xx–0043

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Telephone number:  814.724.1165

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
August 31, 2026
03:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting
ID 984 369 3045, and Passcode 6747057013, call
1–412–532–8861

CONFIRMATION HEARING DATE/TIME/LOC
August 31, 2026
03:00 PM

Same location as
Meeting of Creditors

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE
DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL
RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE
OR HEARING.**

Dated: 7/28/26

BY THE COURT

John C Melaragno
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 26-10263-JCM

Mandy L. Post                                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                      User: auto                                              Page 1 of 3

Date Rcvd: Jul 28, 2026                              Form ID: rsc13                                      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mandy L. Post, PO Box 277, Harmonsburg, PA 16422-0277 |
| 16670701 | | Autovest, LLC, 6261 Evergreen Rd Ste 390, Southfield, MI 48076 |
| 16670705 | + | Citizens Bank, N.A., PO Box 42111, Providence, RI 02940-2111 |
| 16670709 | #+ | Horizon Farm Credit, A, 45 Aileron Court, Westminster, MD 21157-3022 |
| 16674374 | | Jay L. Kreider, 12951 Putnam Road, Conneaut Lake, PA 16316 |
| 16670712 | + | Michael Andrews & Associates LLC, 26261 Evergreen Road, Suite 350, Southfield, MI 48076-4447 |
| 16674375 | | National Fuel, PO Box 371835, Pittsburgh, PA 15250-8148 |
| 16674376 | + | Sharp Collections Inc., PO Box 81, 14 East Shenango Street, Sharpsville, PA 16150-1122 |
| 16688660 | + | Sharp Collections, Inc., P.O. Box 81, Sharpsville, PA 16150-0081 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2026 02:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2026 02:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 16670700 | + | Email/Text: bknotices@acsrecovery.com | Jul 29 2026 02:53:00 | Associated Credit Services, PO Box 1201, Tewksbury, MA 01876-0901 |
| 16670702 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 29 2026 02:53:20 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 16672344 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 29 2026 02:53:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 16670703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2026 02:54:54 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 16670704 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 29 2026 02:54:49 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16670706 | + | Email/Text: mklemm@co.crawford.pa.us | Jul 29 2026 02:54:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 16670707 | + | Email/Text: mrdiscen@discover.com | Jul 29 2026 02:53:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16670708 | + | Email/Text: kslater@eriefcu.org | Jul 29 2026 02:53:00 | Erie Federal Credit Union, Attn: Bankruptcy Dept, 3503 Peach Street, Erie, PA 16508-2741 |
| 16674377 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: rsc13 | Total Noticed: 35 |

| | | | |
|---|---|---|---|
| | | Jul 29 2026 02:53:00 | T-Mobile, 3625 132nd Avenue Southeast, Bellevue, WA 98006 |
| 16670710 | ^ MEBN | Jul 29 2026 02:47:22 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 16670711 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 02:54:49 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16679526 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 02:54:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16670714 | ^ MEBN | Jul 29 2026 02:47:15 | MRS BPO, LLC, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 16670713 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2026 02:54:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 16688524 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2026 02:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16686486 | + Email/Text: Bankruptcy@natfuel.com | Jul 29 2026 02:54:00 | National Fuel, Legal Dept., P.O. Box 2081, Erie, PA 16512-2081 |
| 16670715 | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 29 2026 02:53:00 | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 16684845 | + Email/Text: BankruptcyEast@firstenergycorp.com | Jul 29 2026 02:53:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 16670716 | + Email/PDF: ebnotices@pnmac.com | Jul 29 2026 02:54:56 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16690141 | + Email/PDF: ebnotices@pnmac.com | Jul 29 2026 02:55:02 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16679527 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 02:54:49 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16670717 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 29 2026 02:53:00 | Progressive, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 16670718 | + Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jul 29 2026 02:53:00 | Stellantis Financial Services, 3065 Akers Mill Rd SE, Suite 700, Atlanta, GA 30339-4743 |
| 16670719 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2026 02:55:00 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-1                                    User: auto                                              Page 3 of 3

Date Rcvd: Jul 28, 2026                           Form ID: rsc13                                     Total Noticed: 35

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Mandy L. Post dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4